# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **ANANDA CAMARGO CHAVEZ, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**REBUILT BROKERAGE LLC D/B/A REBUILT REALTY AND REBUILT OFFERS LLC**<br><br>*Defendant* | Civil Action No. 1:24-cv-504-RP |

## AFFIDAVIT OF SERVICE

I, Kitty Estes, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 13, 2024, at 1:16 pm. I delivered these documents to REBUILT BROKERAGE LLC D/B/A REBUILT REALTY in Dallas County, TX on May 15, 2024 at 1:31 pm at 2200 Ross Avenue, Suite 4800, Dallas, TX 75201 by leaving the following documents with Anita Williams who as Legal Administrative Assistant is authorized by appointment or by law to receive service of process for REBUILT BROKERAGE LLC D/B/A REBUILT REALTY.

Summons, Complaint, Cover Sheet

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.7848870167,-96.7967944735
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Kitty Estes, my date of birth is 12/15/1969, and my address is 5219 Maple Ave Apt 2110, Dallas, TX 75235, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Dallas County, TX on 5/16/2024.

/s/ *Kitty Estes*

Kitty Estes
+1 (469) 363-7073
Certification Number: PSC-19289
Expiration Date: 12/31/2024





Exhibit 1b)

