# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | |
|---|---|
| **ANANDA CAMARGO CHAVEZ, individually and on behalf of all others similarly situated,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )   Civil Action No. 1:24-cv-00504-RP |
| | ) |
| **REBUILT BROKERAGE LLC D/B/A REBUILT REALTY AND REBUILT OFFERS LLC** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Tyeriska Thomas, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 13, 2024, at 1:15 pm. I delivered these documents to REBUILT OFFERS LLC in Denton County, TX on May 14, 2024 at 3:18 pm at 3610-2 North Josey Lane, Suite 223, Carrollton, TX 75007 by leaving the following documents with Terri Yin who as Registered Agent is authorized by appointment or by law to receive service of process for REBUILT OFFERS LLC.

Summons, Complaint, Cover Sheet

Asian Female, est. age 55-64, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.0100586309,-96.8861215264
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Tyeriska Thomas, my date of birth is 9/30/1971, and my address is 1045 Cornell Drive, Carrollton, TX 75007, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Dallas County_____,

__TX_____ on ___5/15/2024_____.

/s/ *Tyeriska Thomas*

Tyeriska Thomas
+1 (214) 808-3705
Certification Number: PSC-22172
Expiration Date: 4/30/2025



