IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>   *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>   *Defendant.* | Case No. 1:24-cv-504-RP |

## **ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

On this day came to be considered Defendants Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers, LLC ("Defendants")'s Unopposed Motion for Extension of Time (the "Motion for Extension"). After considering Defendants' Motion for Extension, it is the opinion of this Court that the Motion for Extension should be **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendants' Motion for Extension is **GRANTED**. Defendants shall file their Response(s) to Plaintiff's Complaint on or before June 25, 2024.

Signed this \_\_\_\_ day of _____, 2024.

_____
Judge Presiding