AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Ananda C. Chavez, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-504 |
| Rebuilt Brokerage LLC d/b/a Rebuilt Realty, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rebuilt Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers LLC.

Date: 06/04/2024

/s/ Xerxes Martin
*Attorney's signature*

Eugene Xerxes Martin, IV TX St. Bar No. 24078928
*Printed name and bar number*

8750 North Central Expressway
North Park Central, Suite 1850
Dallas, Texas 75231
*Address*

xmartin@mgl.law
*E-mail address*

(214) 346-2630
*Telephone number*

(214) 346-2631
*FAX number*