UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANANDA C. CHAVEZ, § § § *Plaintiff,* § § v. § Case No.: 1:24-cv-00504-RP § § REBUILT BROKERAGE LLC d/b/a § REBUILT REALTY, et al. § § *Defendant.* | |

## DEFENDANT REBUILT OFFERS LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Rebuilt Offers LLC, by and through its attorneys, Martin Golden Lyon Watts Morgan PLLC, hereby provides the following information:

Rebuilt Offers LLC is owned by Rebuilt Holdings, Inc. There is no publicly held corporation owning 10% or more of its stock.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 17th day of June, 2024.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV