UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANANDA C. CHAVEZ,<br>*Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY, et al.<br>*Defendant.* | §§§§§§§§§§ | Case No.: 1:24-cv-00504-RP |

### DEFENDANT REBUILT BROKERAGE LLC d/b/a REBUILT REALTY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Rebuilt Brokerage LLC d/b/a Rebuilt Realty, by and through its attorneys, Martin Golden Lyon Watts Morgan PLLC, hereby provides the following information:

Rebuilt Brokerage LLC d/b/a Rebuilt Realty is owned by Rebuilt Holdings, Inc. There is no publicly held corporation owning 10% or more of its stock.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 17th day of June, 2024.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV