IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| \_Ananda Camargo Chavez_____, § § § | | |
| Plaintiff(s), § § | 1:24\_\_-CV-504\_\_\_\_-RP | |
| v. § § | | |
| \_Rebuilt Brokerage LLC et al_____, § § | | |
| Defendant(s). § § | | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party \_\_Ananda Camargo Chavez_____ through counsel _____

\_\_X\_ consents to having a United States Magistrate Judge preside over the trial in this case. \_\_\_ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*Anthony Paronich*
_____

Attorney for:

\_\_Plaintiff_____

_____