IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANANDA CAMARGO CHAVEZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:24-cv-504-RP |
| REBUILT BROKERAGE LLC d/b/a | § | |
| REBUILT REALTY AND REBUILT | § | |
| OFFERS LLC | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

COMES NOW, Defendants Rebuilt Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers LLC (collectively the "Defendants"), and files this Unopposed Motion for Extension of Time to File Response as follows:

1. Plaintiff filed her Motion for Sanctions on December 17, 2024. Doc. 23.

2. Pursuant to Loval Rule CV-7(d)(2), Defendants' response was due seven (7) days after the filing of the motion. Defendants' Response is currently due on December 24, 2024—Christmas' Eve.

3. Due to the holidays, as well as the nature of Plaintiff's Motion, Defendants request additional time to prepare its responsive briefing.

4. To this end, Defendants request an extension of the due date of its Response to January 3, 2025.

5. This will enable Defendants to properly response to the Motion and will make it due after the holiday season.

6. This is the only request Defendants have sought concerning this deadline.

7. Defendants' counsel has conferred with counsel for Plaintiff, and Plaintiff is unopposed.

WHEREFORE, PREMISES CONSIDERED, Defendants Rebuilt Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers LLC, respectfully request this Court grant this Unopposed Motion for Extension of Time to File Response, and extend the response date for Defendants to January 3, 2025.

Respectfully submitted,

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with counsel for Plaintiff via email on December 23, 2024, regarding the relief sought herein. Plaintiff is unopposed.

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 23rd day of December 2024.

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV