IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANANDA CAMARGO CHAVEZ,<br>    *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-504-RP |

**ORDER ON DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

On this day came to be considered Defendants Rebuilt Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers LLC (collectively the "Defendants")'s Unopposed Motion for Extension of Time to File Response (the "Unopposed Motion"). After considering the Unopposed Motion, it is the opinion of this Court that the Unopposed Motion should be **GRANTED**.

Therefore, it is hereby **ORDERED** that the Unopposed Motion is **GRANTED**. Defendants' Response to Plaintiff's Motion for Sanctions is due on or before January 3, 2025.

Signed this _____ day of December 2024.

_____
Judge Presiding