

**Andrew Perrong <a@perronglaw.com>**

---

## Sinch follow up

---

**Cristina Spicer** <Cristina.Spicer@sinch.com>  Tue, Nov 12, 2024 at 4:21 PM
To: Andrew Perrong <a@perronglaw.com>

Hi Andrew,

Thanks so much for your patience. As discussed, I am sharing responsive data as well as information about our systems. Generally, we can pull 4 months of data, or 50000 records, whichever is smaller.  Because this account is a higher volume sender, we revived data from back-up servers to present 4 full months of inbound/outbound messaging. This file is included in the folder.
Also included are files containing 12 months of outbounds, without message content (so mostly to/from, message status and dates).

I understand we are able to pull up to 12 months of history with message content, however this is the heavier lift that I mentioned.  We estimate a few of days for a dedicated engineer to pull this data at an estimated cost for us at $1,600.  A data pull would provide message date, time, status, to number, from number, IP address and message content, as long as the message was within the last 12 months – note we do not retain message content beyond 12 months in accordance with industry standards and various regulatory mandates around the globe.

Also included are the opt-in methodology and the original 10DLC registration form with the TCR.

Let me know if you are having issues accessing any of these files when the team gives you access online (should be today) - we tried sending as a compressed file but the file is too large to attach.

Also let us know if you have any questions or if you want us to take any other actions within the scope of the subpoena.

Thanks,
Cristina.

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, November 7, 2024 2:54 PM
**To:** Cristina Spicer <Cristina.Spicer@sinch.com>
**Subject:** Re: Sinch follow up

[Quoted text hidden]