IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANANDA CAMARGO CHAVEZ,<br>　*Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-504-RP |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S MOTION FOR SANCTIONS**

On this day came to be considered Defendants Rebuilt Brokerage LLC d/b/a Rebuilt Realty and Rebuilt Offers LLC (collectively the "Defendants")'s Motion for Leave to File Surreply to Plaintiff's Motion for Sanctions (the "Motion for Leave"). After considering Defendants' Motion for Leave, it is the opinion of this Court that the Motion for Leave should be granted.

Therefore, it is hereby ORDERED that Defendants' Motion for Leave is GRANTED. The Clerk is directed to file the Surreply attached to the Motion for Leave.

Signed this ___ day of _____, 2025.

_____
Judge Presiding