IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ, §<br>    *Plaintiff,* §<br> §<br>v. §<br> § Case No. 1:24-cv-504-RP<br>REBUILT BROKERAGE LLC d/b/a §<br>REBUILT REALTY AND REBUILT §<br>OFFERS LLC §<br>    *Defendant.* § | |

_____/

**[PROPOSED ORDER GRANTING]**
**MOTION TO DESIGNATE EXPERT OUT-OF-TIME**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Motion to Designate Expert Out-of-Time, any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

The Plaintiff is permitted to designate Mr. Woolfson as an expert. All other deadlines remain unchanged.

_____

Hon. Robert L. Pitman, J.

1