IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>    *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>    *Defendants.* | Case No. 1:24-cv-504-RP |

## SUPPLEMENT TO MOTION
## TO DESIGNATE EXPERT OUT-OF-TIME

Plaintiff respectfully submits this Supplement to the Plaintiff's motion to Motion to Designate Expert Out-of-Time. The Plaintiff has had her proposed expert, Aaron Woolfson, analyze the MessageMedia data, and Mr. Woolfson has created and finalized an expert report in this matter. This report, without exhibits, is attached as Exhibit 1[1].

That report reveals that this case is one that is particularly suited for class certification. Mr. Woolfson's analysis has revealed 13,115 unique telephone numbers, or class members, including the Plaintiff, who were sent at least two text messages to their numbers on the National Do Not Call Registry, in violation of the TCPA. Mr. Woolfson's analysis has also revealed 189 additional telephone numbers, or class members, who received over 7,400 message advertisements after having texted STOP and received confirmation that they were removed from the Defendant's list, also in violation of the TCPA. As such, and applying the well-established principals of the Plaintiff's original motion, the Court should unquestionably permit

---

[1] If the Court would desire to review the exhibits, which contain personal identifiable information, the Plaintiff can submit them to the Court for review.

1

the Plaintiff to designate Mr. Woolfson as an expert and propound the associated report out-of-time.

Moreover, given the particular importance of this expert analysis, and given the Defendant's main stated objection that it did not have the report so that it could not analyze it, the Plaintiff is not opposed to providing the Defendant 30 days to review the report and obtain analysis thereof. The Plaintiff further intends to comply with all other deadlines in this case, including the March 21, 2025, dispositive motion deadline, by which time the Plaintiff will file a motion for class certification.

RESPECTFULLY SUBMITTED AND DATED this March 7, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

We hereby certify that on March 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

>     */s/ Andrew Roman Perrong*
>     Andrew Roman Perrong, Esq.
>
>     */s/ Anthony Paronich*
>     Anthony Paronich