Page 2

```
 3        VIDEOCONFERENCE DEPOSITION
 4                    OF
 5   ALBERT YOUNG, taken on behalf of the
 6   Plaintiff herein, pursuant to the
 7   Rules of Civil Procedure, taken before
 8   me, the undersigned, Bernadette M.
 9   Black, a Court Reporter and Notary
10   Public in and for the Commonwealth of
11   Pennsylvania, on Thursday, January
12   16th, 2025, beginning at 2:04 p.m.
```

Page 4

```
 1                  I N D E X
 3   WITNESS: ALBERT YOUNG
 4   EXAMINATION
 5     By Attorney Paronich        7 - 65
 6   DISCUSSION AMONG PARTIES     65 - 67
 7   CERTIFICATE                       68
```

Page 3

```
 1            A P P E A R A N C E S
 3   ANTHONY L. PARONICH, ESQUIRE
 4   Paronich Law, P.C.
 5   350 Lincoln Street, Suite 2400
 6   Hingham, MA  02043
 7        COUNSEL FOR PLAINTIFF

 9   JACOB M. BACH, ESQUIRE
10   Martin Golden Lyons Watts Morgan, PLLC
11   Northpark Central, Suite 1850
12   8750 North Central Expressway
13   Dallas, TX  75231
14        COUNSEL FOR DEFENDANTS
```

Page 5

```
 1              EXHIBIT PAGE
 3                                    PAGE
 4   NUMBER  DESCRIPTION         IDENTIFIED
 5   1       30(b)(6) Deposition
 6           Notice                     11
 7   2       RBL 0001                   60
 8   3       RB 2, Email Thread         63
```

```
                                                      Page 6
 1              OBJECTION PAGE
 2
 3      ATTORNEY              PAGE
 4      Bach    29, 34, 37, 37, 38, 39, 39,
 5              42, 44, 45, 47, 47, 48, 49,
 6              50, 56, 56, 65
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 7
 1              S T I P U L A T I O N
 2      ------------------------------------
 3      (It is hereby stipulated and agreed by
 4      and between counsel for the respective
 5      parties that reading, signing,
 6      sealing, certification and filing are
 7      not waived.)
 8      ------------------------------------
 9              P R O C E E D I N G S
10      ------------------------------------
11              ALBERT YOUNG,
12      CALLED AS A WITNESS IN THE FOLLOWING
13      PROCEEDING, AND HAVING FIRST BEEN DULY
14      SWORN, TESTIFIED AND SAID AS FOLLOWS:
15              ---
16              EXAMINATION
17              ---
18      BY ATTORNEY PARONICH:
19      Q. Mr. Young, you may know already
20      or have heard off the record, but I'll
21      introduce myself on the record. My
22      name is Anthony Paronich. I'm one of
23      the attorneys for the Plaintiff in
24      this action. Have you ever been
25      deposed before?
```

```
                                                      Page 8
 1      A. I think I have. I don't know
 2      for sure if it was an official
 3      deposition. I don't recall, but I
 4      believe so.
 5      Q. Okay.
 6      Well, I'll give you the
 7      abridged version, then, of the ground
 8      rules here that'll help us get through
 9      this as quickly and efficiently as
10      possible.
11      A. Sure.
12      Q. So our court reporter is
13      writing down everything we say. So
14      very standard for me, I guess, being
15      from the northeast, if I know what
16      someone's going to say, I'll talk over
17      them or I'll finish their sentence for
18      them. But in a deposition, that works
19      pretty poorly because we're basically
20      trying to create a book of what each
21      other says for the record.
22      Does that make sense?
23      A. It does.
24      Q. Okay.
25      Similarly, I often will nod or
```

```
                                                      Page 9
 1      shake my head in response to a
 2      question, because who doesn't? But
 3      again, in a --- when we're creating a
 4      book and a transcript here of what
 5      we're discussing, verbal responses are
 6      best. Do you think you can do that?
 7      A. I can.
 8      Q. There's also not an ability for
 9      you to, at a later time after today,
10      say, hey, actually, I didn't
11      understand what you were saying when
12      you asked that question, and I
13      testified under oath. So I might ask
14      several or many questions that you
15      just don't understand. Let me know if
16      that happens. Say you don't
17      understand. Because if you don't,
18      then we're going to assume you have
19      understood the record --- you
20      understood the question for the
21      record. Does that also make sense?
22      A. It does. I can try to do that.
23      Q. Okay.
24      So the oath you took today is
25      similar to what you would take in a
```

Page 10

1  courtroom. Do you understand that?
2  A. I do.
3  Q. So one of the few ways that
4  we're different than being in an
5  actual courtroom, as you can see,
6  there's no judge here today. And what
7  that means is there's no one to
8  resolve any objections to any of my
9  questions. So what we do in a
10 deposition is, even if your attorney
11 objects, if you understood my
12 question, you still answer it unless
13 he instructs you otherwise, which,
14 frankly, should only happen in a
15 deposition if I'm asking you something
16 privileged or if I'm harassing you.
17 Do you understand that?
18 A. I understand.
19 Q. Okay.
20 There's --- we can take a break
21 at any time for any circumstance. And
22 you don't have to tell us why you want
23 to take a break. Don't feel obligated
24 to. Just let us know you need a
25 break. The only caveat with that is

Page 11

1  if I have a question pending, we like
2  to get an answer to that question,
3  then take the break. Does that make
4  sense?
5  A. It does.
6  Q. Okay.
7  So the first document that I'm
8  going to mark as Exhibit 1 is the one
9  that's labeled 30(b)(6) Deposition
10 Notice.
11              ---
12 (Whereupon, Exhibit 1,
13 30(b)(6) Deposition
14 Notice, was marked for
15 identification.)
16              ---
17 BY ATTORNEY PARONICH:
18 Q. So could you open that when you
19 get a chance?
20 A. I have it open.
21 Q. Have you seen this document
22 before?
23 A. I have.
24 Q. And what's your understanding
25 of what it is?

Page 12

1  A. I believe this is --- is this
2  the --- these are the topics that
3  you'd like to discuss, I believe.
4  Q. Yeah, that's right. This is a
5  deposition notice that was issued in
6  discovery in the case. And you're
7  quite right, that starting on page six
8  of the PDF, there are topics. And
9  have you been designated to testify as
10 to all of these topics?
11 A. I have.
12 Q. And do you understand that
13 you're here as a witness on behalf of
14 Rebuilt Brokerage?
15 A. I understand.
16 Q. There's also a corporate entity
17 that's Rebuilt Offers.
18 Is that right?
19 A. That's correct.
20 Q. And what's the difference
21 between the two companies?
22 A. Rebuilt Offers is an investment
23 company, a real estate investment
24 company. And Rebuilt Brokerage is a
25 real estate brokerage. Both entities

Page 13

1  are owned by a holdings company.
2  Q. And what holdings company is
3  that?
4  A. Rebuilt Holdings.
5  Q. And so, as a brokerage, does
6  Rebuilt Brokerage engage in different
7  business operations than Rebuilt
8  Offers?
9  A. Yes. Slightly different, yes.
10 Q. Got it. And I know this may
11 seem elementary to someone like you,
12 who's an expert in this field, but
13 appreciate that I'm trying to create a
14 record here. So could you explain
15 kind of in plain English what a
16 brokerage does?
17 A. A real estate brokerage usually
18 is representing another party in a
19 real estate transaction.
20 Q. What side of the transaction?
21 A. It can be either or both sides
22 of a transaction, as a buyer, a
23 seller, or both.
24 Q. Got it. Does Rebuilt Brokerage
25 only operate on one side of the

Page 14

1  transaction, or will it sometimes
2  operate on both?
3  A. It will sometimes operate on
4  both. It will operate in all three
5  capacities.
6  Q. Understood. And so then,
7  again, in kind of at a 10,000 foot
8  view, what types of business services
9  is Rebuilt Offers engaged in?
10 A. Rebuilt Offers is an investment
11 arm. It looks at property as a real
12 estate investor. It doesn't have a
13 fiduciary relationship with the
14 property seller, so it's --- it's
15 looking on behalf of its own balance
16 sheet.
17 Q. That makes sense. And by
18 contrast, Rebuilt Brokerage does have
19 a fiduciary relationship with its
20 clients.
21 Correct?
22 A. Not always, but it can.
23 Q. In what circumstances does it
24 have a fiduciary relationship with its
25 clients?

Page 15

1  A. Could you repeat the question?
2  Q. Sure. It said for Rebuilt
3  Brokerage, in what capacity does it
4  have a fiduciary relationship with its
5  clients?
6  A. It would only have a fiduciary
7  relationship if it's agreed to have
8  that relationship. And it usually
9  comes in the form of a listing
10 agreement or a buyer's agency
11 agreement.
12 Q. Okay.
13 But Rebuilt offers, by
14 contrast, operates on its own interest
15 and its own behalf?
16 A. That's right. Generally
17 speaking, yeah.
18 Q. And you said --- I'm sorry, I
19 just didn't hear. You said, generally
20 speaking?
21 A. Yeah. I'd have to think
22 through, like, every type of
23 relationship. I mean, it doesn't mean
24 that they're --- yeah, I --- generally
25 speaking, that is accurate.

Page 16

1  Q. Okay.
2  And then just turning back to
3  the Notice, do you have any concerns
4  about your ability to testify about
5  all of the topics in the Notice?
6  A. I don't.
7  Q. So one of the things I didn't
8  go over in the ground rules, since
9  you've been deposed before, it seems
10 like you have, is that, you know, part
11 of our legal system, there's ---
12 conversations between you and your
13 attorneys are protected and
14 privileged. Do you understand that?
15 A. I do.
16 Q. Okay.
17 So while it may seem
18 technically responsive to questions
19 that I asked today, I just wanted to
20 remind you that if the answer to my
21 question is you revealing a
22 conversation about --- that you've had
23 with your attorney, please don't do
24 it. Does that make sense?
25 A. It does.

Page 17

1  Q. Okay.
2  So besides talking to your
3  attorneys, what did you do to prepare
4  for the deposition today?
5  A. I spoke with several
6  operational people, internal to
7  Rebuilt, to try to understand their
8  knowledge of our marketing operations,
9  text messaging relationship with
10 ClickSend, et cetera, just to see if
11 there was anything that I wasn't
12 familiar with. And I reviewed these
13 --- these documents.
14 Q. Got it. So I want to go
15 through some of those operational
16 people conversations you had. So do
17 you remember specifically any of the
18 individuals you spoke to?
19 A. I think I really only spoke
20 with one. Her name is Diane --- would
21 you like her name, her full name,
22 or ---?
23 Q. Please.
24 A. Her full --- I have to check
25 real quick what her full legal name

Page 18

1   is.
2   Q. Yeah, take your time.
3   A. Diane Mode.
4   Q. Could you spell that for us,
5   please?
6   A. D-I-A-N-N-E, M-O-D-E.
7   Q. And what's Ms. Mode's role at
8   the company?
9   A. I don't have her title in front
10  of me, but I believe it's Operations
11  Associate.
12  Q. And to prepare for the
13  deposition today, you had mentioned
14  you had reviewed some documents.
15  Correct?
16  A. Correct.
17  Q. Do you specifically recall any
18  of the documents that you reviewed?
19  A. I reviewed these documents that
20  I've downloaded here, you know, that
21  my attorney provided and also some
22  emails from ClickSend.
23  Q. Got it. When you say these
24  documents here, do you mean the ones
25  that I put in the chat, or are there

Page 19

1   different documents that you have?
2   A. I'm referencing the ones you
3   --- you put in the chat because they
4   look similar to one --- potentially to
5   ones that I've received from my
6   attorney.
7   Q. Okay. Understood.
8   A. I couldn't --- I can't say for
9   sure they're the same, but ---.
10  Q. I understand what you're
11  saying. Thank you.
12  So, Mr. Young, what's your
13  current role at Rebuilt?
14  A. I'm a CEO of Rebuilt.
15  Q. And it --- oh, the testimony
16  today relates to Rebuilt Brokerage, so
17  I'll try to specify. But when I say
18  the company, for purposes of today's
19  deposition, do you understand that I
20  mean Rebuilt Brokerage?
21  A. I did not understand that.
22  Q. Okay.
23  But do you now?
24  A. I do now.
25  Q. And are you the CEO of Rebuild

Page 20

1   Brokerage?
2   A. I am not.
3   Q. Okay.
4   So are you --- what are you the
5   CEO of?
6   A. I'm the CEO of Rebuild
7   Holdings.
8   Q. And then is there a separate
9   CEO for Rebuilt Brokerage?
10  A. No.
11  Q. So then let me try it this way
12  to try to be a little more efficient
13  for our question --- questioning.
14  Could you give me an overview of the
15  corporate structure of Rebuilt
16  Holdings, Rebuilt Brokerage and
17  Rebuilt Offers?
18  A. Just in terms of, like,
19  ownership structure or in what
20  capacity?
21  Q. Yeah, that's a fair
22  clarification question. To start, I
23  do mean in terms of ownership
24  structure.
25  A. Rebuilt Brokerage is a 100

Page 21

1   percent owned wholly-owned subsidiary
2   of Rebuilt Holdings. Rebuilt Offers
3   is also a 100 percent wholly-owned
4   subsidiary of Rebuilt Holdings. There
5   are several other entities that are
6   also included. Would you like me to
7   list those?
8   Q. Did they have --- did those
9   other entities also send out text
10  messages as part of its relationship
11  with ClickSend?
12  A. No.
13  Q. Then we don't need to go over
14  them. How --- when did you start
15  Rebuilt Holdings?
16  A. Rebuilt Holdings is a Delaware
17  corporation that I believe was
18  incorporated in September of 2021.
19  Q. And when it was incorporated in
20  September of 2021, was Rebuilt
21  Brokerage started at the same time?
22  A. I don't think so.
23  Q. Okay.
24  So when Rebuilt Holdings was
25  originally incorporated, what business

Page 22

1  --- what business was it engaged in?
2  A. The same --- same business that
3  it is today, which is largely the
4  Rebuilt Offers investment side of the
5  business.
6  Q. So just to make sure I
7  understood, when Rebuilt Holdings was
8  incorporated, it was largely involved
9  in the Rebuilt Offers part of the
10 business.
11    Is that right?
12 A. That's right.
13 Q. When did the Rebuilt Brokerage
14 part of the business begin?
15 A. I believe that Rebuilt
16 Brokerage --- probably sometime in ---
17 I think it was sometime in 2023.
18 Q. And what was the purpose of
19 starting Rebuilt Brokerage?
20 A. There's certain activities that
21 are --- that are --- that require a
22 real estate license to do in the
23 United States. And in order to
24 potentially have access to those, we
25 needed to have a brokerage license.

Page 23

1  Q. Understood. And what are some
2  of those activities that require a
3  real estate license that Rebuilt
4  Brokerage is engaged in?
5  A. In order to be compensated as a
6  buyer's agent or listing agent on a
7  property, you need to have a real
8  estate license, and so we wanted to
9  potentially have that as an option.
10 Q. And so does Rebuilt Brokerage
11 get compensated as part of its
12 relationship with buyers or sellers of
13 property?
14 A. It would. We don't have very
15 much volume in Rebuilt Brokerage and I
16 --- so --- but yes, it would get
17 compensated.
18 Q. And is that the goal when
19 Rebuilt Brokerage is trying to reach
20 out to potential customers, to sign
21 them up to get compensated for those
22 services?
23 A. No.
24 Q. Okay.
25   So then how does Rebuilt

Page 24

1  Brokerage make money?
2  A. It doesn't today.
3  Q. When it was in operation and
4  making money, how did it make money?
5  A. It's never really been in
6  operation. I don't think it has any
7  revenue at all. I'm not sure it ever
8  has. It might have had some nominal
9  payment for something that I can't
10 recall, but I think the total revenue
11 of Rebuilt Brokerage in its entirety
12 maybe is $10,000 over several years.
13 Q. Does the revenue for Rebuilt
14 run through Rebuilt Holdings?
15 A. No. Revenue runs through the
16 individual LLCs that --- of the
17 different business lines.
18 Q. And were those the other
19 companies you were referring to
20 earlier in your deposition?
21 A. That would include some of
22 those, yeah.
23 Q. So do you understand that this
24 lawsuit is related to engaging in
25 telemarketing text message conduct?

Page 25

1  A. I do.
2  Q. So what part of Rebuilt's
3  business related to the sending of
4  text messages?
5  A. The sending of text messages
6  related to the marketing of a
7  property?
8  Q. Just related to the sending of
9  marketing text messages generally?
10 A. I think it would probably
11 depend on your definition of
12 marketing. Are you asking if any
13 entities send text messages at all
14 or ---?
15 Q. Yeah, when I --- and that's a
16 fair clarification. When I'm saying
17 sending text messages, I mean through
18 a third-party platform such as
19 ClickSend.
20 A. Even a third-party platform, I
21 would need clarification what you mean
22 by that. You know, is it any
23 communication provider, you know, like
24 if I ---?
25 Q. I'm sorry, I didn't mean to

Page 26

```
 1    talk over.  You can finish.
 2        A. I would just need clarification
 3    on exactly what you're looking for.
 4        Q. Sure.  So when we talk about
 5    sending text messages, of course there
 6    could be a variety of things at issue
 7    there.  What this lawsuit is about
 8    isn't, you know, individuals on their
 9    personal cell phones sending out text
10    messages, but there are companies out
11    there, such as ClickSend, that provide
12    a service that allow you to send text
13    messages en masse.  And what I'm
14    interested in is what services of
15    Rebuilt have done this sending text
16    messages en masse.
17        A. Gotcha.  Okay.  Thank you.
18    ClickSend --- are you saying in
19    the history of Rebuilt, any services
20    we've ever used or currently or ---?
21        Q. Yeah.  Let's start with
22    currently and then we'll go to ever.
23        A. I'm --- I'm --- I'm trying to
24    confirm this right now through my ---
25    but I believe ClickSend is the only
```

Page 27

```
 1    mass messaging, texting platform that
 2    we leverage across any of the entities
 3    within Rebuilt.
 4        Q. Okay.
 5    And so has it always been that
 6    way?  Meaning, has ClickSend always
 7    been the only mass messaging platform?
 8        A. Yes.
 9        Q. So then what different lines of
10    businesses have used ClickSend at
11    Rebuilt?
12        A. I believe only Rebuilt
13    Brokerage and possibly Rebuilt Offers.
14        Q. What was the purpose of Rebuilt
15    Brokerage using ClickSend?
16        A. Rebuilt Brokerage uses
17    ClickSend in order to send out
18    marketing materials of inven --- of
19    investment real estate inventory that
20    is available --- available for
21    purchase by real estate investors.
22        Q. What does Rebuilt Offers
23    utilize ClickSend for?
24        A. It would --- it would utilize
25    it for the same purpose.  The only ---
```

Page 28

```
 1    at one point, once we had a brokerage,
 2    we started marketing through the
 3    brokerage, but --- and leveraging the
 4    brokerage as a marketing provider to
 5    Rebuilt Offers, but it would be the
 6    same product offering.
 7        Q. The same --- the same marketing
 8    purpose was consistent between Rebuilt
 9    Brokerage and Rebuilt Offers?
10        A. Correct.
11        Q. Okay.
12    And I think you had said that
13    Rebuilt Brokerage has largely ceased
14    operations.
15    Is that right?
16        A. It never really had operations.
17    It's only really ever functioned as a
18    marketing platform for us.  It still
19    is in operation.  We still have a
20    legal entity that is operating.
21        Q. Okay.
22    And did Rebuilt Offers ever
23    serve as a marketing arm for any of
24    the other Rebuilt entities when it was
25    using ClickSend?
```

Page 29

```
 1        A. No.
 2        Q. When Rebuilt Brokerage or
 3    Offers utilized ClickSend to engage in
 4    the marketing you just mentioned,
 5    where did those telephone numbers come
 6    from?
 7    ATTORNEY PARONICH:
 8    Jacob, because I just
 9    saw you, I think you might have
10    just objected to form.  But so
11    you know, I think you're on
12    mute or --- it doesn't look
13    like you're on mute, but I
14    can't hear you.  Because you
15    did just do a form objection,
16    right?  I just caught it with
17    my eyes, not my ears.  I can
18    now hear you, but you sound
19    very low.
20    THE WITNESS:
21    Yeah, it's a little
22    mute.
23    ATTORNEY PARONICH:
24    It's about the same.
25    THE WITNESS:
```

Page 30

1  Do you have maybe
2    AirPods enabled or something?
3  ATTORNEY BACH:
4  Can you hear me better
5    now?
6  ATTORNEY PARONICH:
7  You just got better.
8    Yeah.
9  ATTORNEY BACH:
10  Well, that's weird.  Is
11    it still better?
12  ATTORNEY PARONICH:
13  Much better.
14  ATTORNEY BACH:
15  I'll just talk louder
16    then.
17  ATTORNEY PARONICH:
18  Okay.
19    BY ATTORNEY PARONICH:
20    Q. And so, Mr. Young, I was just
21    asking about where the telephone
22    numbers were acquired from that were
23    sent through ClickSend.
24    A. To my knowledge, ClickSend
25    obtains the phone numbers on our

Page 31

1    behalf.
2    Q. Okay.
3    Do you know from where they
4    obtain them?
5    A. I do not.
6    Q. Have you asked them as part of
7    discovery in this lawsuit?
8    A. I did not.
9    Q. Is there any rules or protocols
10   that Rebuilt has in place ---
11   actually, let me strike that.
12   What are the parameters that
13   Rebuilt provides to ClickSend for the
14   types of telephone numbers to acquire?
15   A. No parameters.  I'm sorry.
16   There might be a parameter.
17   Occasionally we will ask for a
18   specific area code.
19   Q. What are the circumstances
20   under which Rebuilt would ask for a
21   specific area code?
22   A. We try to only provide
23   marketing to particular areas.  We
24   have markets within Rebuilt, and when
25   someone signs up for marketing

Page 32

1   materials, they tell us --- they
2   designate which markets they're
3   interested in.  And we have found over
4   time that people prefer that the
5   person they're interacting with has an
6   area code of that market.
7   Q. Okay.  Understood.
8   Does Rebuilt have any --- so
9    let me strike that.
10   You understand that this
11   lawsuit relates to alleged violations
12   of the Telephone Consumer Protection
13   Act?
14   A. I do.
15   Q. Okay.
16   And do you understand when ---
17   if I say --- use the phrase TCPA, do
18   you understand what I'll be referring
19   to?
20   A. I do.
21   Q. Does Rebuilt have any written
22   policies regarding the TCPA?
23   A. It does not.
24   Q. Does Rebuilt have any written
25   documents regarding its relationship

Page 33

1   with ClickSend that discuss the TCPA?
2   A. Does not.
3   Q. Does Rebuilt have a
4   subscription to the National Do Not
5   Call Registry?
6   A. I believe so.
7   Q. Does Rebuilt utilize that
8   subscription as part of its
9   relationship with ClickSend?
10  A. No.
11  Q. What purpose does Rebuilt
12  utilize that subscription to the
13  National Do Not Call Registry?
14  A. I know that data is loaded.  To
15  be clear, I'm not 100 percent positive
16  we do maintain a subscription to that,
17  but at one point in time we accessed
18  that information.  It felt like
19  something that would be important to
20  have.  But because we don't really
21  initiate anything centrally, I don't
22  know that there is a use case for it.
23  And our understanding was that if
24  somebody opted into marketing
25  materials, that the Do Not Call List

Page 34

1   was not a relevant thing.
2   Q. And so what's your
3   understanding of those rules regarding
4   the opt in you just mentioned?
5   ATTORNEY BACH:
6   Objection, form. You
7    can answer.
8   THE WITNESS:
9   Just --- just what I
10   just described, that if
11   somebody agrees to receive
12   marketing materials, that they
13   are electing that it's okay to
14   receive those in the future and
15   that the Do Not Call List would
16   not be a relevant thing to ---.
17   BY ATTORNEY PARONICH:
18   Q. So then, with respect to the
19   text messages sent through ClickSend,
20   do any employees of Rebuilt operate
21   the ClickSend platform?
22   A. Yes, I think so.
23   Q. And could you describe for me
24   --- or actually, let me strike that
25   and start with this.

Page 35

1   What employees at Rebuilt are
2   responsible for interacting with
3   ClickSend?
4   A. We don't have anyone
5   specifically responsible for
6   interacting with ClickSend. Over
7   time, it's historically been either
8   myself or one or two operations people
9   if there's been an issue.
10   Q. Would that include Ms. Mode?
11   A. She would be one of them, yes.
12   Q. And who would the other one be?
13   A. Past employees that have been
14   in a similar role.
15   Q. Okay.
16   I just want to make sure I
17   understood your testimony from
18   earlier. So ClickSend is the only
19   mass marketing text platform that
20   Rebuilt has utilized?
21   A. I think so.
22   Q. How long has Rebuilt utilized
23   ClickSend?
24   A. I provided a date that we
25   initiated that. I don't have it in

Page 36

1   front of me. I'm not sure if that
2   date was relayed. I can try to look
3   it up if you need me to.
4   Q. That's okay.
5   If we need it later, Mr. Bach
6   and I can have a conversation about
7   that.
8   ATTORNEY BACH:
9   He provided that date to
10   me. I think that's the email
11   he's discussing. So obviously,
12   we don't want to get into
13   privileged information, but let
14   me confirm that date with him
15   and I'll provide it to you.
16   ATTORNEY PARONICH:
17   Okay.
18   BY ATTORNEY PARONICH:
19   Q. And does --- and does Rebuilt
20   still utilize ClickSend?
21   A. We do.
22   Q. Now, you understand that this
23   is a putative class action lawsuit
24   that's been filed in Federal Court,
25   which is why we're here today?

Page 37

1   ATTORNEY BACH:
2   Objection, form.
3   THE WITNESS:
4   I understand that we are
5   being sued about text messages.
6   I --- I'm not sure about the
7   class action piece. I don't
8   under --- you know, that's
9   above my pay grade.
10   BY ATTORNEY PARONICH:
11   Q. Understood. But you --- so you
12   do have an understanding that there's
13   a lawsuit related to TCPA violations?
14   A. I do.
15   Q. And so, due to this lawsuit
16   related to TCPA violations, has
17   anything about Rebuilt's relationship
18   with ClickSend changed?
19   ATTORNEY BACH:
20   Objection, form. You
21   can answer.
22   THE WITNESS:
23   Has anything about our
24   relationship changed? I would
25   say what's changed is us

```
                                                          Page 38
 1    digging in more and trying to
 2    understand what service
 3    ClickSend is providing and
 4    whether we have some exposure
 5    due to this lawsuit just like
 6    is this something that was
 7    mishandled by them or --- so in
 8    terms of what's changed, I'd
 9    say just questioning whether
10    they're operating at the right
11    way and capacity for us.
12         BY ATTORNEY PARONICH:
13         Q.  Understood.  And have you
14    conveyed those questions to ClickSend?
15         ATTORNEY BACH:
16    Objection to form.
17         THE WITNESS:
18    I don't know if I've
19     phrased it exactly that way.
20     No.
21         BY ATTORNEY PARONICH:
22         Q.  But as a result of this
23    lawsuit, have you conveyed any
24    questions to ClickSend?
25         ATTORNEY BACH:
```

```
                                                          Page 39
 1    Objection, form.
 2         THE WITNESS:
 3    We have.
 4         BY ATTORNEY PARONICH:
 5         Q.  And what are those?
 6         ATTORNEY BACH:
 7    Objection, form.
 8         THE WITNESS:
 9    We've asked about data
10     retention policies.  We've
11     asked about --- particularly
12     around data retention policies.
13         BY ATTORNEY PARONICH:
14         Q.  And what has ClickSend's
15    response been?
16         A.  That --- I believe their
17    response has been that they only
18    maintain records for a brief period of
19    time.  I think it --- I think they
20    said three months.
21         Q.  And have you asked ClickSend
22    any other questions with respect to
23    TCPA compliance?
24         ATTORNEY BACH:
25    Objection, form.
```

```
                                                          Page 40
 1         THE WITNESS:
 2    Not that I'm aware of.
 3         BY ATTORNEY PARONICH:
 4         Q.  Is ClickSend a software program
 5    that you sign up for?
 6         A.  It is a web-based platform that
 7    executes the transmission of text
 8    messages.
 9         Q.  So do you have to log into a
10    ClickSend account?
11         A.  You do.
12         Q.  And can you describe that
13    process for me?
14         A.  Yes.  You bring up the
15    homepage.  There's a login button, I
16    think it's located in the upper right-
17    hand corner.  And then you enter in a
18    username and password.
19         Q.  And if you want to send text
20    messages, what do you do next?
21         A.  You --- there's a button, I
22    believe it's called Create Campaign.
23    And you would click that button and
24    you would select which phone number
25    you're sending your marketing
```

```
                                                          Page 41
 1    materials to --- from --- excuse me,
 2    from.  And then you would tell it
 3    which marketing list you're sending
 4    to.  And then you would choose a
 5    template or to craft a unique text
 6    message, and then you would click
 7    send.
 8         Q.  Got it.  Thank you.  I think I
 9    understood that.  I just wanted to
10    make sure I did.  So do you start by
11    selecting the telephone numbers you
12    want to send a message to?
13         A.  No, you start by selecting the
14    --- if you have multiple phone numbers
15    that you're sending from, you would
16    first select which phone number you're
17    sending from.
18         Q.  How does Rebuilt decide which
19    phone number it wants to send from?
20         A.  Today, I believe we send only
21    from one phone number.  That's not
22    always been the case.
23         Q.  Okay.
24    So then in the past, how has
25    Rebuilt decided which phone number to
```

11 (Pages 38 to 41)

Page 42

```
 1  send from?
 2  A. If --- it depended on the
 3  market.  We tried to send from an area
 4  code that was generally considered,
 5  you know, close or aligned with the
 6  market that we were sending the
 7  marketing text to.
 8  Q. Got it.  Who supplies the phone
 9  numbers?
10  ATTORNEY BACH:
11  Objection, form.
12  THE WITNESS:
13  ClickSend provides the
14  phone numbers.
15  BY ATTORNEY PARONICH:
16  Q. So then after a phone number to
17  send from has been selected, is that
18  when you select the telephone numbers
19  that you want to send the text
20  messages to?
21  A. You could type in a specific
22  phone number, I believe, and you could
23  also probably individually select
24  phone numbers to send to.  Or you
25  would select a list that you already
```

Page 43

```
 1  have on the platform that you are
 2  sending to.  So that you're not
 3  specifically selecting individual
 4  phone numbers, you're selecting a list
 5  of phone numbers.
 6  Q. Got it.  And is that how
 7  Rebuilt utilized the service, by
 8  selecting a list of phone numbers?
 9  A. That's right.
10  Q. And so how would Rebuilt decide
11  which list to select?
12  A. The inventory that we're
13  looking to market, the property that
14  we're looking to market or group of
15  properties is --- whatever the
16  location of those properties, it would
17  designate which market that it's in.
18  I believe in the text messages that
19  we're discussing that pertain to this
20  lawsuit were around San Antonio
21  market.  And so, in this case, it
22  would be a San Antonio-based property.
23  And so, therefore, you would select
24  the San Antonio-based investors that
25  signed up for the marketing materials
```

Page 44

```
 1  to receive that property.  And so it
 2  would be the San Antonio list.
 3  Q. Got it.  And is there a ---
 4  like a drop-down menu of different
 5  lists to choose from?
 6  A. There is.
 7  Q. And so then when the phone
 8  number has been selected and the list
 9  has been selected, at that point is
10  the text message marketing content
11  created?
12  ATTORNEY BACH:
13  Objection, form.
14  THE WITNESS:
15  The content of the
16  message --- you can create the
17  content right then and there.
18  We utilize templates, so it's
19  standardized, but you would
20  select the template or create
21  your own content.
22  BY ATTORNEY PARONICH:
23  Q. Where did the template come
24  from?
25  A. The template was created by a
```

Page 45

```
 1  Rebuilt employee.
 2  Q. And who is that?
 3  A. It would be someone that no
 4  longer works at the company.
 5  Q. But do you remember who it was?
 6  A. I don't --- I don't know
 7  specifically who created the template.
 8  Q. And does the --- when the
 9  template's created, does it live in
10  the account at ClickSend or do you
11  have to acquire it from somewhere?
12  A. The template lives in the plat
13  --- in the ClickSend platform.
14  Q. Got it.  And so then when the
15  content has been selected, how are the
16  messages then sent?
17  ATTORNEY BACH:
18  Objection, form.
19  THE WITNESS:
20  There's a send button
21  that says send on it that you
22  --- you can either ---
23  theoretically, you could
24  schedule it for a later date or
25  you can send it immediately.
```

Page 46

1  BY ATTORNEY PARONICH:
2  **Q. Would Rebuilt typically**
3  **schedule it for a later date or send**
4  **it immediately?**
5  A. I believe we utilize the send
6  immediately.
7  **Q. Then is there some kind of**
8  **report that Rebuilt would receive for**
9  **ClickSend regarding the campaign**
10 **transmission?**
11 A. Not that I'm aware of.
12 **Q. So how would Rebuilt know if**
13 **the text messages were sent or not?**
14 A. I think there are tools within
15 the platform that you could look to
16 see that it was successful. I think
17 historically we haven't had an issue
18 with it being successful, so we
19 haven't really had to look.
20 **Q. Does Rebuilt pay ClickSend**
21 **based on how many transmissions are**
22 **sent?**
23 A. My understanding is that we pay
24 a per-message rate to ClickSend, but
25 that it's --- you have to load funds

Page 47

1  onto the account. So we pay a chunk
2  of money and then it is debited on a
3  per-message rate.
4  **Q. Got it. Okay.**
5  **How does Rebuilt field any**
6  **responses that come into the texts?**
7  ATTORNEY BACH:
8  Objection, form.
9  THE WITNESS:
10 We really don't. It's
11 really a one-way messaging
12 platform. It's actually one of
13 the downsides of ClickSend.
14 BY ATTORNEY PARONICH:
15 **Q. Does Rebuilt have analytics**
16 **where it can measure the success of**
17 **the ClickSend campaigns?**
18 A. We do not.
19 **Q. So then, from a business**
20 **perspective, how have you made the**
21 **decision to continue utilizing**
22 **ClickSend?**
23 ATTORNEY BACH:
24 Objection, form.
25 THE WITNESS:

Page 48

1  Anecdotal feedback from
2  customers.
3  BY ATTORNEY PARONICH:
4  **Q. And does Rebuilt log that**
5  **feedback from customers?**
6  A. No, it's anecdotal.
7  **Q. So what's your understanding of**
8  **where ClickSend acquires these phone**
9  **numbers?**
10 A. I don't --- I don't have an
11 understanding.
12 **Q. Do you have any --- any idea of**
13 **where the phone numbers come from at**
14 **all?**
15 A. I have no idea. I would assume
16 a telecommunications company.
17 **Q. But any knowledge you have**
18 **about where the telephone numbers come**
19 **from, would that be fairly**
20 **characterized as an assumption?**
21 ATTORNEY BACH:
22 Objection, form.
23 THE WITNESS:
24 I'm sorry. Could you
25 repeat the question?

Page 49

1  BY ATTORNEY PARONICH:
2  **Q. I'll ask a slightly different**
3  **one. Do you have any personal**
4  **knowledge as to where the telephone**
5  **numbers come from?**
6  A. I have no personal knowledge as
7  to where the phone numbers come from.
8  **Q. Have you ever asked ClickSend**
9  **where the telephone numbers come from?**
10 A. I have not.
11 **Q. Have you ever had a**
12 **conversation with ClickSend about**
13 **whether or not the telephone numbers**
14 **acquired were TCPA compliant?**
15 ATTORNEY BACH:
16 Objection ---.
17 THE WITNESS:
18 I have not.
19 BY ATTORNEY PARONICH:
20 **Q. Is Rebuilt in possession of any**
21 **written writings from individuals**
22 **where they're authorizing Rebuilt to**
23 **send text messages to their number on**
24 **the National Do Not Call Registry?**
25 A. Could you repeat that one more

13 (Pages 46 to 49)

Page 50

1  time?
2  Q. Sure. My question is, if
3  Rebuilt has in its possession any
4  signed written agreements where
5  individuals are agreeing to receive
6  telemarketing text messages?
7  A. We do not have any --- I don't
8  know what constitutes signed. Like a
9  physical piece of paper?
10 Q. Well, let's start with a
11 physical piece of paper. Does it have
12 any physical pieces of paper that have
13 been signed?
14 A. No.
15 Q. So then does it have any
16 unsigned physical pieces of paper with
17 such an agreement? Does it have any
18 electronically-signed documents with
19 --- that are written agreements for
20 individuals to receive telemarketing
21 text messages from Rebuilt?
22 ATTORNEY BACH:
23 Objection, form.
24 THE WITNESS:
25 So in order to gain

Page 51

1  access to these marketing
2  lists, you need to sign up for
3  an account. And during that
4  process, you're required to
5  click a checkbox, which
6  constitutes an agreement and
7  acknowledgement of our
8  marketing.
9  BY ATTORNEY PARONICH:
10 Q. So that in order to sign up for
11 these offerings from Rebuilt?
12 A. Correct.
13 Q. And where do individuals sign
14 up for those offerings from Rebuilt?
15 A. On the Marketplace account. We
16 have a marketplace of inventory that's
17 available. And if you want to access
18 that inventory, you need to sign up
19 with a --- whether you username,
20 password and phone number.
21 Q. And where is this Marketplace?
22 A. Marketplace.rebuilt.com.
23 Q. And how many such individuals
24 have signed up for those offerings?
25 A. I think --- over the entire

Page 52

1  history of Rebuilt?
2  Q. Yeah, that's a fair
3  clarification. That is what I mean.
4  A. Over the entire history of
5  Rebuilt, we've had probably in the
6  neighborhood of 40 to 60,000 people.
7  Q. And is that a separate list of
8  people and telephone numbers than what
9  ClickSend acquires?
10 A. It is not. It's --- it would
11 be a subsegment of that.
12 Q. So ClickSend --- to make sure I
13 understand, ClickSend acquires a
14 series of telephone numbers that
15 receive text messages? No? Okay. I
16 just see you shaking your head,
17 so ---.
18 A. Sorry, I didn't mean to cut you
19 off. Go ahead.
20 Q. It's okay. It happens. So my
21 understanding is that you testified
22 earlier that ClickSend would provide
23 telephone numbers that were texted to.
24 Is that right?
25 A. That's incorrect. I thought

Page 53

1  you were describing the phone number
2  --- they obtain the phone numbers we
3  send from, not to.
4  Q. Okay.
5  So in terms of the text mess
6  --- the telephone numbers that are
7  sent text messages, those telephone
8  numbers come from the Marketplace?
9  A. Correct.
10 Q. Is that --- go ahead.
11 A. Those phone numbers do not come
12 from ClickSend.
13 Q. Okay.
14 Well, thanks for that
15 clarification. Then is the
16 Marketplace the only place that those
17 telephone numbers are acquired from?
18 A. Yes.
19 Q. Does Rebuilt have any process
20 where it verifies the submission or
21 checks the accuracy of the submission
22 to make sure that an individual is
23 providing their own phone number?
24 A. Currently it does.
25 Q. Has it in the past?

Page 54

1   A. In times in the past it did
2   not.
3   Q. And what is that process ---
4   let me strike that.
5   Describe --- so currently it
6   does.
7   Correct?
8   A. It does.
9   Q. So describe how that process
10  works to me, please.
11  A. The current process is a multi-
12  factor authentication process. So you
13  are required --- you will enter a
14  first name, last name, email, phone
15  number and select the markets that
16  you're interested --- interested to
17  receive marketing materials, agree to
18  the terms of service and then click
19  --- sign up or a button and you're
20  sent a text message to verify that
21  phone number.
22  Q. And is it the case then that
23  you only get marketing text messages
24  once that phone number has been
25  verified?

Page 55

1   A. Correct.
2   Q. So when did that multi-step
3   authentication process start?
4   A. That would have started with
5   our new technology platform, which I
6   believe went live in March of 2023.
7   Q. And as part of the discovery
8   responses in this case, Rebuilt has
9   stated that it acquired the
10  Plaintiff's phone number in 2022.
11  Correct?
12  A. I believe that's accurate. I
13  don't have it in front of me, but I
14  believe that's accurate.
15  Q. Okay.
16  And that's fair enough. And
17  I'll represent to you that the
18  discovery responses say that it was
19  acquired via Web submission on July 1,
20  2022 at 8:13 a.m. Do you have any
21  reason to believe that not to be
22  accurate?
23  A. I believe that to be accurate.
24  Q. And that would have been before
25  the multi-factor authentication

Page 56

1   started?
2   A. It would have.
3   Q. Prior to this lawsuit, has
4   Rebuilt ever been named in any type of
5   lawsuit for violations of the TCPA?
6   ATTORNEY BACH:
7   Objection, form.
8   THE WITNESS:
9   We have not been named
10  any lawsuits.
11  BY ATTORNEY PARONICH:
12  Q. Has Rebuilt received any ---?
13  ATTORNEY BACH:
14  Form.
15  ATTORNEY PARONICH:
16  Thank you for clarifying
17  that.
18  BY ATTORNEY PARONICH:
19  Q. Before this lawsuit, has
20  Rebuilt ever received any written
21  demand letters or complaints
22  regarding unwanted text messages?
23  ATTORNEY BACH:
24  Objection, form.
25  THE WITNESS:

Page 57

1   I think we have received
2   one or two emails regarding
3   complaints about text messages.
4   BY ATTORNEY PARONICH:
5   Q. And are those emails --- have
6   those been saved?
7   A. I would assume so, but I would
8   need to ask our tech people.
9   Q. Okay.
10  ATTORNEY PARONICH:
11  Jacob, let's confirm
12  with that off the record when
13  you get a chance, because I
14  don't know if we have those,
15  but happy to be told I'm wrong.
16  THE WITNESS:
17  I could be mistaken as
18  well. I would be shocked if we
19  didn't have somebody that was
20  --- you know, people complain
21  about anything, so ---.
22  ATTORNEY BACH:
23  I will talk to you about
24  this off the record.
25  BY ATTORNEY PARONICH:

Page 58

```
 1      Q. Okay.
 2      And then, Mr. Young, do you
 3      recall having any kind of
 4      investigation into any of those
 5      complaints?
 6      A. I don't know.  I don't recall
 7      that.
 8      Q. Does Rebuilt have an employee
 9      or third-party company that oversees
10      TCPA compliance for it?
11      A. No.
12      Q. Does Rebuilt have a procedure
13      in place for placing individuals on
14      its internal Do Not Call List?
15      A. We do.
16      Q. I'm sorry, go ahead.
17      A. We do.
18      Q. How does that process work?
19      A. If somebody calls in and asks
20      not to be called, I call this
21      definition --- then we have a platform
22      that there is a button to click do not
23      contact, and that person is added to
24      our Do Not Contact List.
25      Q. Got it.  So Rebuilt can
```

Page 59

```
 1      manually add people to the Do Not
 2      Contact List?
 3      A. That's right.
 4      Q. Is there also a process through
 5      ClickSend where someone can ask that
 6      text messages no longer be sent to
 7      them?
 8      A. There is a process.
 9      Q. And how does that work?
10      A. Every text message --- to my
11      understanding, every text message that
12      ClickSend sends has a message at the
13      bottom of it that says, in order to be
14      removed from this list, reply stop.
15      Q. Understood.  Is there a certain
16      time of day that Rebuilt sends the
17      text messages?
18      A. Not on a scheduled basis, no.
19      Q. I just ---.
20      ATTORNEY PARONICH:
21      Jacob, I don't know if
22      you want to take five minutes
23      or, Mr. Young, if you do.  I'm
24      just going to go through the
25      exhibits and then we'll wrap
```

Page 60

```
 1      up.
 2      ATTORNEY BACH:
 3      Yeah, let's just ---
 4      let's take five while you get
 5      ready.  Need a break.
 6      ATTORNEY PARONICH:
 7      Okay.
 8      You know, let's call it
 9      ten.  We'll come back at 2:10
10      your time and 3:10 mine.
11      ATTORNEY BACH:
12      Okay.
13              ---
14      (WHEREUPON, A BREAK WAS TAKEN.)
15              ---
16      (Whereupon, Exhibit 2,
17      RBL 0001, was marked for
18      identification.)
19              ---
20      BY ATTORNEY PARONICH:
21      Q. So, Mr. Young, I'm going to be
22      asking you a couple of questions about
23      RBL 0001.  That's in the chat.  Do you
24      see that document?
25      A. I do.
```

Page 61

```
 1      Q. And then the --- there are
 2      different columns in this document
 3      with column feathers at the top.  Do
 4      you see those?
 5      A. I do.
 6      Q. I just have questions about the
 7      campaign ID.  When there's different
 8      campaign IDs referenced, is that based
 9      on or related to your prior testimony
10      that for different markets Rebuilt
11      would have different lists that it
12      would send marketing texts to?
13      A. Let me just review it real
14      quick.
15      Q. Yeah, take your time.
16              ---
17      (WHEREUPON, WITNESS REVIEWS DOCUMENT.)
18              ---
19      THE WITNESS:
20      The fact that the
21      campaign IDs are unique tells
22      me that ClickSend creates a
23      unique campaign ID for every
24      single text message that gets
25      sent.
```

Page 62

1   BY ATTORNEY PARONICH:
2   **Q. Do you think it's for each text**
3   **message or for each campaign?**
4   A. I think it's for each text
5   message that's sent to a specific
6   list. Not for every text message
7   that's sent to every individual
8   receiver, but for a text message that
9   was sent to a list.
10   Q. Okay.
11   **Now, I understood your**
12   **testimony earlier to be that there are**
13   **different campaigns created based on**
14   **geographical location offerings.**
15   **Is that right?**
16   A. We select the list that the
17   marketing text would go to depending
18   on the location of the inventory. And
19   we would select the list that is
20   appropriate for that location.
21   **Q. Got it. Are there any other**
22   **campaign differentiators, any other**
23   **factors that how campaigns could get**
24   **further limited or is it just**
25   **geography?**

Page 63

1   A. It's --- it's essentially by
2   geography as decided by the user.
3   They select the market, the market
4   that --- their market construct being
5   geographic.
6                   ---
7   (Whereupon, Exhibit 3,
8   RB 2, Email Thread, was
9   marked for
10   identification.)
11                  ---
12   BY ATTORNEY PARONICH:
13   **Q. Okay.**
14   **Then we'll just go to the last**
15   **exhibit, which is RB 2. It's a text**
16   **mess --- it's an email thread that was**
17   **produced in the case. Pull it up when**
18   **you get a chance, and I just have a**
19   **question or two about this one.**
20   A. I have it up.
21   **Q. See the --- there's an email**
22   **from Margie Crawford at ClickSend, the**
23   **second email down?**
24   A. I do.
25   **Q. And it says, the keyword STOP**

Page 64

1   inbound rule is active. Currently
2   there are 53,000 names and numbers on
3   this contact list. Did I read that
4   correctly?
5   A. That's what it says, yes.
6   **Q. So is it your understanding**
7   **from this email and your knowledge of**
8   **Rebuilt that there are over 53,000**
9   **individuals who have asked to stop**
10   **receiving text messages from Rebuilt?**
11   A. I don't know that it's a unique
12   number of people, but it says that
13   there are 53,000 names and numbers.
14   **Q. Understood. And your point**
15   **would be that it's possible that a**
16   **name and number is on there more than**
17   **once?**
18   A. Yeah, I don't know that. That
19   I don't know. Yeah.
20   Q. Okay.
21   **And under the current system,**
22   **where there's the multi-factor**
23   **authentication, how does that second**
24   **line of authentication work? Is it a**
25   **text message response?**

Page 65

1   ATTORNEY BACH:
2   Objection, form.
3   ATTORNEY PARONICH:
4   I'll withdraw it and
5   I'll break it into two
6   different parts.
7   BY ATTORNEY PARONICH:
8   **Q. How does that text --- the**
9   **multi-factor authentication second**
10   **part work?**
11   A. When you sign up, it sends you
12   a text message to the phone number you
13   provided. Within that phone number is
14   a link --- there's a link that you
15   need to click in order to have
16   verified your phone number.
17   Q. Okay.
18   **Well, Mr. Young, it's possible**
19   **that your attorney may have questions**
20   **for you. If he does, then I may be**
21   **asking you further questions. But**
22   **otherwise, thank you for your time**
23   **today.**
24   ATTORNEY BACH:
25   I'll reserve my

17 (Pages 62 to 65)

```
                                              Page 66
 1     questions until time of trial.
 2     ATTORNEY PARONICH:
 3     And so, Madam Court
 4       Reporter, do you need our
 5       orders on the record or how do
 6       you to do this?
 7     COURT REPORTER:
 8     Yes, I do.  Thank you.
 9     ATTORNEY PARONICH:
10     Sure.  We'll take
11       electronic with exhibits,
12       please.  Normal turnaround time
13       is fine.
14     ATTORNEY BACH:
15     And we'll read and sign.
16
17     COURT REPORTER:
18     Okay.
19     And do you want an
20       exhibit --- do you want a
21       transcript?
22     ATTORNEY BACH:
23     Yes, please.
24     COURT REPORTER:
25     Email's fine?
```

```
                                              Page 67
 1     ATTORNEY BACH:
 2     Yep.
 3     COURT REPORTER:
 4     Okay.  Thank you.
 5     ATTORNEY PARONICH:
 6     All right.
 7     Thank you all.  Mr.
 8       Young, thank you for your time.
 9             * * * * * * * *
10          VIDEOCONFERENCE DEPOSITION
11           CONCLUDED AT 3:16 P.M.
12             * * * * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 68
 1     COMMONWEALTH OF PENNSYLVANIA )
 2     COUNTY OF BEDFORD            )
 3             CERTIFICATE
 4     I, Bernadette M. Black, a Notary
 5       Public in and for the Commonwealth of
 6       Pennsylvania, do hereby certify:
 7     That the witness, Albert Young, whose
 8       testimony appears in the foregoing deposition,
 9       was duly sworn by me on January 16, 2025 and
10       that the transcribed deposition of said
11       witness is a true record of the testimony
12       given by said witness;
13     That the proceeding is herein recorded
14       fully and accurately;
15     That I am neither attorney nor counsel
16       for, nor related to any of the parties to the
17       action in which these depositions were taken,
18       and further that I am not a relative of any
19       attorney or counsel employed by the parties
20       hereto, or financially interested in this
21       action.
22     Dated the 16th day of January, 2025__
23
24     Bernadette M. Black,
25     Court Reporter
```