IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>　*Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>　*Defendants.* | Case No. 1:24-cv-504-RP |

## [PROPOSED ORDER GRANTING] MOTION FOR CLASS CERTIFICATION

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion for Class Certification is hereby GRANTED as follows:

The Court certifies the following class under FED. R. CIV. P. 23(b)(3):

All persons in the United States whose (1) telephone numbers were on the National Do Not Call Registry for at least 31 days, (2) but who received more than one telemarketing text message from or on behalf of a Rebuilt entity, (3) within a 12-month period (4) as reflected in the data produced by MessageMedia (5) at any time in the period that begins four years before the date of filing this Complaint to trial.

IT IS FURTHER ORDERED that Ms. Chavez is appointed to serve as class representative, and that Anthony Paronich of Paronich Law, P.C., and Andrew Roman Perrong, of Perrong Law LLC, are appointed as Class Counsel.

*BY THE COURT:*

_____
Hon. Robert Lee Pitman, J.