IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ANANDA CAMARGO CHAVEZ,** *Plaintiff,* | § § § |
| v. | §  NO. 1:24-CV-00504-ADA |
| **REBUILT BROKERAGE LLC, REBUILT OFFERS LLC**, *Defendants* | § § § § |

# ORDER

Before the Court are Plaintiff's Motion for Sanctions, Dkt. 23, Motion for Leave to File Expert Designation Out-of-Time, Dkt. 29, and Motion to Supplement, Dkt. 32. The District Judge referred the Motion for Sanctions to the undersigned for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and the other motions for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).[1]

**IT IS ORDERED THAT** all three motions, Dkts. 23, 29, and 32, are set for an in-person hearing **at 2:00 p.m. on May 8, 2025**. The hearing will last no more than 2 hours with each side afforded 1 hour to make its arguments.

**IT IS FURTHER ORDERED THAT** the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motion, and they shall then **jointly file an advisory by noon on May 1, 2025**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties are able to resolve their dispute prior

---

[1] This case was reassigned to District Judge Alan D. Albright on March 25, 2025. Dkt. 36.

1

to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**.

The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

**SIGNED** March 31, 2025.

                                        DUSTIN M. HOWELL
                                        UNITED STATES MAGISTRATGE JUDGE