IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>    *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Case No. 1:24-cv-504-RP<br>§<br>§<br>§<br>§ |

## ORDER ON JOINT MOTION TO EXTEND BRIEFING DEADLINES

On this day, the Court considered the Parties' Joint Motion to Extend Briefing Deadlines. After considering the Joint Motion to Extend Briefing Deadlines, it is the opinion of this Corut that the Joint Motion to Extend Briefing Deadlines should be **GRANTED**.

Therefore, it is hereby Ordered that the Parties' Joint Motion to Extend Briefing Deadlines is **GRANTED**. It is hereby **ORDERED** that Defendants' Response to Plaintiff's Motion for Class Certification is due on April 21, 2025; and Plaintiff's Reply to Defendant's Response is due on May 5, 2025.

Signed this ___ day of _____, 2025.

_____
Judge Presiding