UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>    Plaintiff,<br><br>v.<br><br>REBUILT BROKERAGE LLC, REBUILT OFFERS LLC,<br><br>    Defendants. | CIVIL NO. A-24-CV-00504-ADA |

## ORDER VACATING REFERRALS AND RESETTING MOTIONS HEARING

The referrals of Plaintiff's Motion for Sanctions (ECF No. 23), Plaintiff's Motion for Leave to File Expert Designation Out-of-Time (ECF No. 29), and Plaintiff's Motion to Supplement (ECF No. 32) to Magistrate Judge Dustin M. Howell are hereby **VACATED**.

Accordingly, the Order Setting Hearing before Judge Howell is hereby reset to April 14, 2025 at 9:30AM via Zoom.

**SIGNED** this 31st day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE