IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>    *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Case No. 1:24-cv-504-RP<br>§<br>§<br>§<br>§ |

**ORDER ON JOINT MOTION FOR LEAVE**
**TO FILE RESPONSE IN EXCESS OF PAGE LIMITS**

On this day, the Court considered the Parties' Joint Motion for Leave to File Response in Excess of Page Limits. After considering the Joint Motion for Leave to File Response in Excess of Page Limits, it is the opinion of this Corut that the Joint Motion for Leave to File Response in Excess of Page Limits should be **GRANTED**.

Therefore, it is hereby Ordered that the Parties' Joint Motion for Leave to File Response in Excess of Page Limits is **GRANTED**. It is hereby **ORDERED** that each party may file a brief that exceeds the page limits set forth in the Local Rules by five (5) pages.

Signed this ___ day of _____, 2025.

_____
Judge Presiding