# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ANANDA CAMARGO CHAVEZ | § | |
| | § | |
| vs. | § | NO: AU:24-CV-00504-ADA |
| | § | |
| REBUILT BROKERAGE LLC, REBUILT OFFERS LLC | § | |

### ORDER SETTING CLASS CERTIFICATION HEARING [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for CLASS CERTIFICATION HEARING by Zoom on May 22, 2025 at 03:00 PM.

IT IS SO ORDERED this 8th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE