# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ | § |
| | §  CIVIL NO: |
| vs. | §  AU:24-CV-00504-ADA |
| | § |
| REBUILT BROKERAGE LLC, REBUILT OFFERS LLC | § |

## ORDER CANCELLING CLASS CERTIFICATION HEARING [ZOOM]

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **CLASS CERTIFICATION HEARING [ZOOM]** on **Thursday, May 22, 2025 at 03:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 22nd day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE