IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>   *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>   *Defendant.* | §<br>§<br>§<br>§<br>§   Case No. 1:24-cv-504-ADA<br>§<br>§<br>§<br>§ |

## **JOINT MOTION TO STAY PENDING DEADLINES**

COMES NOW, Plaintiff Ananda Camargo Chavez ("plaintiff") and Defendant Rebuilt Brokerage LLC d/b/a Rebuilt Realty And Rebuilt Offers LLC ("Defendants") (collectively the "Parties"), by and through counsel file their Joint Motion to Stay Pending Deadlines and state the following:

**I.**

1. The Parties recently reached a settlement in this matter.

2. The Parties request this Court to stay all pending deadlines for settlement to be finalized.

3. The Parties anticipate filing a stipulation of dismissal within 30 days of the Court granting the Joint Motion to Stay Pending Deadlines.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly request this Court grant this Joint Motion to Stay Deadlines and have the Parties filing a stipulation of dismissal within 30 days of the Court granting this Motion.

1

AGREED AS TO FORM AND CONTENT, AND RESPECTFULLY SUBMITTED:

                                                         **MARTIN GOLDEN LYONS**
                                                         **WATTS MORGAN PLLC**

| */s/ Andrew Roman Perrong* | */s/ Xerxes Martin* |
|---|---|
| Andrew Roman Perrong, Esq. | EUGENE XERXES MARTIN, IV |
| Perrong Law LLC | Texas State Bar No. 24078928 |
| 2657 Mount Carmel Avenue | Email: xmartin@mgl.law |
| Glenside, Pennsylvania 19038 | JACOB MICHAEL BACH |
| Phone: 215-225-5529 (CALL-LAW) | Texas State Bar No. 24100919 |
| Facsimile: 888-329-0305 | Email: jbach@mgl.law |
| a@perronglaw.com | **MARTIN GOLDEN LYONS** |
| | **WATTS MORGAN PLLC** |
| | Northpark Central, Suite 1850 |
| *Attorney for Plaintiff* | 8750 North Central Expressway |
| | Dallas, Texas 75231 |
| | TEL: (214) 346-2630 |
| | FAX: (214) 346-2631 |
| | |
| | ***COUNSEL FOR DEFENDANT*** |