IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ,<br>    *Plaintiff,*<br><br>v.<br><br>REBUILT BROKERAGE LLC d/b/a<br>REBUILT REALTY AND REBUILT<br>OFFERS LLC<br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Case No. 1:24-cv-504-ADA<br>§<br>§<br>§<br>§ |

## ORDER ON JOINT MOTION TO STAY PENDING DEADLINES

On this day, the Court considered the Parties' Notice of Settlement and Joint Motion to Stay Pending Deadlines. After considering the Joint Motion to Stay, it is the opinion of this Court that the Joint Motion to Stay Pending Deadlines should be **GRANTED**.

Therefore, it is hereby Ordered that the Parties' Joint Stay Pending Deadlines is **GRANTED**. It is hereby **ORDERED** that the Parties file a stipulation of dismissal within thirty (30) days of this Order.

Signed this ___ day of _____, 2025.

_____

Judge Presiding