IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANANDA CAMARGO CHAVEZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:24-cv-504-ADA |
| REBUILT BROKERAGE LLC d/b/a | § | |
| REBUILT REALTY AND REBUILT | § | |
| OFFERS LLC | § | |
| *Defendant.* | § | |

**<u>NOTICE OF SETTLEMENT</u>**

COMES NOW, Plaintiff Ananda Camargo Chavez ("plaintiff") and Defendant Rebuilt Brokerage LLC d/b/a Rebuilt Realty And Rebuilt Offers LLC ("Defendants") (collectively the "Parties"), by and through counsel file their Notice of Settlement and state the following:

**I.**

1.      The Parties recently reached a settlement in this matter.

2.      The Parties anticipate filing a stipulation of dismissal within 30 days of the Court granting the concurrently filed Joint Motion to Stay Pending Deadlines.

[Signatures on the following page]

AGREED AS TO FORM AND CONTENT, AND RESPECTFULLY SUBMITTED:

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Andrew Roman Perrong*                    */s/ Xerxes Martin*

Andrew Roman Perrong, Esq.                    EUGENE XERXES MARTIN, IV
Perrong Law LLC                               Texas State Bar No. 24078928
2657 Mount Carmel Avenue                      Email: xmartin@mgl.law
Glenside, Pennsylvania 19038                  JACOB MICHAEL BACH
Phone: 215-225-5529 (CALL-LAW)                Texas State Bar No. 24100919
Facsimile: 888-329-0305                       Email: jbach@mgl.law
a@perronglaw.com                              **MARTIN GOLDEN LYONS**
                                              **WATTS MORGAN PLLC**
                                              Northpark Central, Suite 1850
*Attorney for Plaintiff*                      8750 North Central Expressway
                                              Dallas, Texas 75231
                                              TEL: (214) 346-2630
                                              FAX: (214) 346-2631

                                              ***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 23rd day of May, 2025.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV