UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANANDA CAMARGO CHAVEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>    Plaintiff,<br><br>v.<br><br>REBUILT BROKERAGE LLC, REBUILT OFFERS LLC,<br><br>    Defendants. | §§§§§§§§§§§§§   CIVIL NO. A-24-CV-00504-ADA |

**O R D E R**

Given that Plaintiff has voluntarily dismissed this action pursuant to Rule 41(a)(1) (ECF No. 50), the Court instructs the Clerk of Court to **CLOSE** the case.

**SIGNED** this 26th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE